UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDREW SUH,

                Petitioner,

     -against-

DEPT OF JUSTICE,

                Respondent.

1:22-CV-4790 (LTS)

CIVIL JUDGMENT

---

    Pursuant to the order issued July 6, 2022, dismissing this action without prejudice to any civil action that Andrew Suh may wish to bring in the future,

    IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed without prejudice to any civil action that Andrew Suh may wish to bring in the future.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Andrew Suh at the address listed on the court's docket, and to Young Yil Jo, at 1932 E. Washington Blvd., Pasadena, CA 91104, Jo's address of record in *In re Young Yil Jo*, 1:14-CV-7793 (S.D.N.Y.), and note service on the docket.

SO ORDERED.

Dated:   July 6, 2022
           New York, New York

                                  /s/ Laura Taylor Swain
                                  LAURA TAYLOR SWAIN
                              Chief United States District Judge